IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 8 2004

at _10_ o'clock and _46_ min. _a_ M
WALTER A. Y. H. CHINN, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR04-00073 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ERIK H. SMITH, | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

## JUDGMENT OF ACQUITTAL

On April 7, 2004, the Court found Defendant ERIK H. SMITH, not guilty on count 1.

Accordingly, judgment of acquittal on count 1 is entered in favor of Defendant.  All pretrial

conditions pertaining to Defendant are terminated.  If Defendant is in custody, Defendant is

discharged, and if any bond exists it is exonerated.

Dated at Honolulu, Hawaii on _____April 8, 2004_____.


_____
Barry M. Kurren
United States Magistrate Judge


cc: USPO, PTS, USMASD